TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
FAITH ROBERTS (D.C. Bar #1742623)
Special Assistant United States Attorney
        Room 7516, Federal Building
        300 N. Los Angeles Street
        Los Angeles, California 90012
        Tel: (817) 527-5624; Fax: (202) 481-2992
        Email: faith.roberts@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT

4/21/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ gga _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. 2:24-cv-01385-SRM-ASx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER] |

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
FAITH ROBERTS (D.C. Bar #1742623)
Special Assistant United States Attorney
        Room 7516, Federal Building
        300 N. Los Angeles Street
        Los Angeles, California 90012
        Tel: (817) 527-5624; Fax: (202) 481-2992
        Email: faith.roberts@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX BOUZARI, an individual; PAUL BLOCH, an individual; DATADIRECT NETWORKS, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01385-SRM-ASx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER] |

Under 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in the above-captioned action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the *qui tam* relator, Relator LLC, to maintain this action in the name of the United States. The action, however, "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Notwithstanding this language, the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994). Accordingly, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that the parties notify it of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

The United States also requests, under 31 U.S.C. § 3730(c)(3), that all pleadings filed in this action, including any amended complaint that relators file, be served upon the United States and that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves the right to order any deposition transcripts, to intervene at a later date for good cause, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States requests that the relator's complaint, any amended complaint, this notice, and the accompanying proposed order should be unsealed. The United States further requests that all other papers filed or lodged to date in this action should remain permanently under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: April 20, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section

/s/ *Faith Roberts*
FAITH ROBERTS
Special Assistant United States Attorney
Attorneys for the United States of America

3

<u>PROOF OF SERVICE BY ELECTRONIC MAIL</u>

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **April 20, 2026**, I served <u>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE</u> on each person or entity named below by electronic mail.

Date of mailing: **April 20, 2026**. Place of mailing:  Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

Kristen L. Nelson
knelson@hechtpartners.com
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Phone: (310) 804-8065

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 20, 2026** at Los Angeles, California.

CAROL M. YBARRA

1