FILED
CLERK, U.S. DISTRICT COURT

4/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ gga _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. 2:24-cv-01385-SRM-ASx<br><br>ORDER RE: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[LODGED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX BOUZARI, an individual; PAUL BLOCH, an individual; DATADIRECT NETWORKS, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01385-SRM-ASx<br><br>ORDER RE: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[LODGED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

2

The United States of America ("United States") having declined to intervene in the above-captioned action under the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.    The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The complaint is unsealed, and the relator, Relator LLC, shall serve it upon the defendants.

2.    This Order and the United States' Notice of Election to Decline Intervention and Request to Unseal the Case are both unsealed, and the relator shall serve both, along with the complaint, upon the defendants.

3.    All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

4.    The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

5.    The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).

6.    Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

3